**Order entered July 20, 2022**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-22-00396-CR

### EX PARTE JOHN MORGAN STAFFORD

**On Appeal from the County Court at Law No. 1**
**Collin County, Texas**
**Trial Court Cause No. 001-00466-2022**

### ORDER

The Court **GRANTS** appellant's July 18, 2022 second motion for extension of time to file his brief. We **ORDER** appellant to file his brief on or before **August 17, 2022**. The State's brief shall be due on or before **September 8, 2022**.

This is an accelerated pretrial appeal governed by rule 31. Briefing is at the discretion of the Court. *See* TEX. R. APP. P. 31.1(b). In the event appellant fails to file a brief by August 17, 2022, the Court may deny any further requests for extension and order this case submitted without appellant's brief. *See id.*

/s/     LANA MYERS
        JUSTICE